### 19580

The STATE, Respondent, v. Bobby GANTT, Appellant

(194 S. E. (2d) 648)

*Robert O. Dupre, Esq.,* of Anderson, *for Appellant.*

*Messrs Daniel R. McLeod, Atty Gen., Emmet H. Clair* and *Robert M. Ariail, Asst. Attys. Gen.,* Columbia and *W. H. Ballenger, Sol.,* of Walhalla, *for Respondent.*

March 1, 1973.

*Per Curiam:*

The appellant appeals from a conviction of the crime of armed robbery. An examination of the record and the briefs discloses that the grounds of this appeal are manifestly with-out any merit whatsoever. Accordingly, pursuant to Rule 23 of the Supreme Court Rules, in open session, it is orderd that the instant appeal be, and the same is hereby dismissed as manifestly without merit.